# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSE ANTONIO OCHOA ORTEGA,<br><br>　　　　　Defendant. | Case No.: 22CR02122-RBM<br><br>**ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |

**IT IS HEREBY ORDERED** that, for good cause, the Motion Hearing and Trial Setting for JOSE ANTONIO OCHOA ORTEGA is continued until November 18, 2022 at 9:00 a.m.

**IT IS FURTHER ORDERED** that time shall be excluded under the Speedy Trial Act between the dates of October 14, 2022 and November 18, 2022 in accordance with 18 U.S.C. § 3161(h)(1)(D)/ (h)(7).

**IT IS SO ORDERED.**

Dated: 10/6/2022

_____
Honorable Ruth Bermudez Montenegro
United States District Judge